# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MATTHEW J. DAYAK, JEFFREY S. JACOBS and THOMAS DORE, individually and on behalf of all others similarly situated, ) ) ) ) | |
| *Plaintiffs*, ) | Case No. 1:22-cv-02974 |
| ) | |
| v. ) | Judge John F. Kness |
| ) | |
| REYES HOLDINGS, LLC, THE BOARD OF DIRECTORS OF REYES HOLDINGS, LLC, REYES HOLDINGS, LLC EMPLOYEE BENEFITS COMMITTEE and JOHN DOES 1-30. ) ) ) ) ) ) | |
| *Defendants.* ) | |

## DEFENDANTS' MOTION TO DISMISS THE CLASS ACTION COMPLAINT

Defendants Reyes Holdings, L.L.C., The Board Of Directors Of Reyes Holdings, L.L.C., and Reyes Holdings, L.L.C. Employee Benefits Committee (collectively "Defendants"), by and through their counsel, respectfully move this Court to dismiss Plaintiffs' Class Action Complaint, filed on June 7, 2022 (ECF No. 1), pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. The grounds for this Motion are set forth in the accompanying Memorandum of Law.

Dated: September 30, 2022            Respectfully submitted,

/s/ *Matthew R. Kipp*
Matthew R. Kipp (6201470)
Laura Bernescu (6316545)
SKADDEN, ARPS, SLATE
  MEAGHER & FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago Illinois 60606
Telephone:     312-407-0700
matthew.kipp@skadden.com
laura.bernescu@skadden.com

James R. Carroll (*pro hac vice* pending)
Michael S. Hines (*pro hac vice* pending)
Mary E. Grinman (*pro hac vice* pending)
SKADDEN, ARPS, SLATE
  MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
Telephone:     617-573-4800
james.carroll@skadden.com
michael.hines@skadden.com
mary.grinman@skadden.com

*Counsel for Defendants*
*Reyes Holdings, L.L.C., The Board Of Directors Of Reyes Holdings, L.L.C., and Reyes Holdings, L.L.C. Employee Benefits Committee*