**Index Of Exhibits To Memorandum Of Law In
Support Of Defendants' Motion To Dismiss The Class Action Complaint**

| Exhibit | Document |
|---|---|
| 1 | 2020 Form 5500 |
| 2 | 2018 Form 5500 |
| 3 | 2019 Form 5500 |
| 4 | Class Action Complaint, *Jones v. Coca-Cola Consol., Inc.*, No. 20-00654 (W.D. N.C. filed Nov. 24, 2020), ECF No. 1 |
| 5 | Class Action Complaint, *Baumeister v. Exelon Corp.*, No. 21-CV-6505 (N.D. Ill. filed Dec. 6, 2021), ECF No. 1 |